UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KELVIN L. LAMPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) 1:07-cv-300-RLY-WTL |
| | ) |
| OFFICER SGT. BILBREY, et al., | ) |
| | ) |
| Defendants. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that the federal claim asserted pursuant to 42 U.S.C. § 1983 is **dismissed without prejudice** and the endent claim under Indiana state law is dismissed for lack of jurisdiction.

Date: 3/20/08

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Ronald J. Semler
STEPHENSON MOROW & SEMLER
rsemler@stephlaw.com

Kelvin L. Lampkins
DOC #184070
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064-0030